NORTH COUNTRY COMMUNITY HOSPITAL, Appellant, *v.* NORTH SHORE HOSPITAL, INC., Respondent.

Argued October 14, 1954; decided November 18, 1954.

*Francis T. Carmody, Patrick H. Sullivan* and *John V. Thornton* for appellant.

*Henry Root Stern, Jr.,* and *Joseph L. Tobin, Jr.,* for respondent.

Judgment affirmed, without costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.